WALTER ROE *vs.* MAYOR and ALDERMEN of Savannah.

THE plaintiff this day appeared, in compliance with the orders of the 21st and 22d instant. Mr. *Stiles*, his counsel, moved to be heard on the application for a certiorari. Mr.

GEORGIA,
Chatham Co.
SEPT. 1805.

Ex parte Roe.

*Whitfield*, the recorder, objected; for that by the 54th sec- tion of the Judiciary Act, passed 16th February, 1799, he is entitled to twenty days' notice; and on consent of said coun- sel, the argument of this motion is postponed until Monday the 2d of September next; that the said *Walter Roe* give se- curity for the payment of the said sum of fifty dollars and costs to the corporation of Savannah, or to abide the deci- sion of this court in the premises; and that his former bond given in compliance with the order of 21st instant, be can- celled, and the same filed with the clerk of this court; and that all proceedings of the corporation of Savannah and their officers be suspended until the said second day of September next.